Carlisle A. Braun
**BRAUN LAW GROUP**
7300 Highway 121, Suite 300
McKinney, Texas 75070
Phone: (214) 965-7999
Fax: (46) 398-3301
Email: Filings@BraunLawGrp.com
*Attorneys for LaCore Enterprises, LLC and*
*Link Biosciences, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**(DALLAS DIVISION)**

| | | |
|---|---|---|
| **In re:** § § § | | **CASE NO. 23-31749-swe7** |
| **MICHAEL LEROY KEARL,** § § § | | **Chapter 7** |
| Debtor. § § | | |
| **LACORE ENTERPRISES, LLC and LINK BIOSCIENCES, INC. f/k/a LINK BIOSCIENCES, LLC,** § § § § § | | **Adversary No.: 23-03093-swe** |
| Plaintiffs, § § | | |
| v. § § | | |
| **MICHAEL LEROY KEARL** § § § | | |
| Defendant. § | | |

**PLAINTIFFS LACORE ENTERPRISES, LLC AND LINK BIOSCIENCES, INC.'S**
<u>**MOTION FOR DEFAULT JUDGMENT**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs LaCore Enterprises, LLC and Link Biosciences, Inc. f/k/a Link Biosciences, LLC and would show the Court as follows:

1.      Plaintiffs filed the Original Complaint in this matter on November 20, 2023. [Doc. 1].

2.      Defendant was served with the summons and complaint on December 30, 2023. [Doc. 4 & 8].

3.      Defendant's bankruptcy counsel was served with the complaint on November 20, 2023, and the summons and the complaint on April 26, 2024. [Doc. 8].

4.      Defendant has not appeared in the case.

5.      The Clerk of the Court made an Entry of Default against Defendant on November 20, 2024. [Doc. 9 & 10].

6.      Defendant is not an infant, incompetent, or entitled to relief under the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq, as amended). *See* Appendix Tab 35 & 36.

7.      By filing the voluminous frivolous counterclaims dismissed by the Dallas Court of Appeals, Kearl willfully and maliciously damaged and/or injured Plaintiffs in the form of expenses, costs and attorneys' fees. Plaintiffs have been damaged in the amount of $163,667.50, and have incurred no less than $1,542.50 in costs associated with Kearl's conduct in filing, prosecuting and defending on appeal the voluminous frivolous counterclaims. In addition, Kearl should be sanctioned the amount of $163,667.50 pursuant to TEX. CIV. PRAC. & REM. CODE § 27.009(a)(2) to discourage Kearl from filing similar frivolous and abusive counterclaims in the future.

8.      This Court should find the injury as a result of Kearl's actions to be nondischargeable pursuant to 11 U.S.C. §523(a)(6).

9.      In support of this Plaintiffs' motion for default judgment, Plaintiffs file a Brief in

support of same and Plaintiffs rely upon the evidence included in the *Appendix in Support of Plaintiffs LaCore Enterprises, LLC and Link Biosciences, Inc.'s Motion for Default Judgment.*

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movants LaCore Enterprises, LLC and Link BioSciences, LLC respectfully request that the Court:

A. Grant *Plaintiffs Lacore Enterprises, LLC and Link BioSciences, Inc.'s Motion for Default Judgment*;

B. Enter default judgment in favor of Plaintiffs LaCore Enterprises, LLC and Link BioSciences, Inc. against Michael Leroy Kearl in the amount of $163,667.50, plus sanctions in the amount of $163,667.50, plus costs and fees in an amount not less than $1,542.50, which shall bear post-judgment interest at the legal rate thereon until paid.

C. Determine that the above judgment amount is non-dischargeable pursuant to 11 U.S.C. §523(a)(6); and,

D. Such other and further relief, in law or in equity, that Movants may show themselves to be justly entitled to receive.

Dated: October 28, 2024.

Respectfully Submitted,

By: */s/ Carlisle A. Braun*
Carlisle A. Braun
State Bar No. 24058818
**BRAUN LAW GROUP**
7300 Highway 121, Suite 300
McKinney, Texas 75070
Phone: (214) 965-7999
Fax: (46) 398-3301
Email: Filings@BraunLawGrp.com
*Attorney for LaCore Enterprises, LLC and Link Biosciences, Inc.*