**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**(DALLAS DIVISION)**

| | | |
|---|---|---|
| In re: | § § § | CASE NO. 23-31749-swe7 |
| MICHAEL LEROY KEARL, | § § § | Chapter 7 |
| Debtor. | § § § | |
| LACORE ENTERPRISES, LLC and LINK BIOSCIENCES, INC. f/k/a LINK BIOSCIENCES, LLC, | § § § § § | Adversary No.: 23-03093-swe |
| Plaintiffs, | § § | |
| v. | § § | |
| MICHAEL LEROY KEARL | § § § | |
| Defendant. | § | |

**JOINT MOTION TO DISMISS CLAIMS AGAINST**
**DEFENDANT WITH PREJUDICE**

Plaintiffs LaCore Enterprises, LLC and Link Biosciences, Inc. ("LaCore"), and Defendant Michael Leroy Kearl ("Kearl") hereby move to dismiss LaCore's claims against Kearl with prejudice, with each party to bear its own costs.

WHEREFORE, LaCore and Kearl respectfully request that the Court enter an order dismissing LaCore's claims against Kearl with prejudice.

Respectfully submitted,

*/s/ Carlisle A. Braun*
Carlisle A. Braun
carlisle@braunlawgrp.com
State Bar No. 24058818
BRAUN LAW GROUP, PLLC
7300 State Highway 121, Suite 300
McKinney, Texas 75070
Telephone: (214) 965-7999
Facsimile: (469) 398-3301

**ATTORNEY FOR PLAINTIFFS**


*/s/ Michael Kearl (w/ permission)*
Michael Kearl
Michael Kearl
2931 East 1300 South Street,
Spanish Fork, UT 84660

**DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served by all parties who receive notice via the Court's ECF system, and/or via E-Mail and/or First-Class Mail, on February 24, 2025, including as indicated below:

**VIA E-MAIL:**
James M. Morrison
ecf@leebankruptcy.com
LeeLawFirmPLLC@jubileebk.net
clerk@leebankruptcy.com
***Debtor's Chapter 7 Counsel***

**VIA E-MAIL:**
Scott M. Seidel
scott@scottseidal.com
sustan.seidel@earthlink.net
sms01@trustesolutions.net
***Chapter 7 Trustee***

**VIA E-MAIL:**
mike.kearl@gmail.com
Michael Kearl
***Debtor***

**VIA First Class Mail:**
Michael Kearl
2931 East 1300 South Street,
Spanish Fork, UT 84660
***Debtor***

**VIA First-Class Mail:**
Michael Kearl
301 Hackberry Street,
Princeton, Texas 75047
***Debtor***

                                                              */s/ Carlisle A. Braun*
                                                              Carlisle A. Braun